■ DIANA SERRANO, Appellant, v KRISHNAKUMAR RAJAMANI, M.D., et al., Respondents. (Appeal No. 2.) [775 NYS2d 690]—Appeal from an order of the Supreme Court, Monroe County (Andrew V. Siracuse, J.), entered September 5, 2003. The order denied plaintiff's motion for leave to reargue, directed plaintiff's counsel to pay costs, attorneys' fees and sanctions and granted defendants' cross motion for appointment of a referee to supervise disclosure.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue be and the same hereby is unanimously dismissed and the order is affirmed without costs.

Same memorandum as in Serrano v Rajamani (6 AD3d 1191 [2004]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.